UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SOARES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FLOWERS FOODS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-04918-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 33)** |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless the parties stipulate otherwise or the court grants a motion to alter the limits.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is March 31, 2016.

IT IS FURTHER ORDERED that the parties participate in private mediation.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Deadline to Move to Certify Class ........................................................................June 26, 2016

Deadline to File Opposition to Motion to Certify Class ....................................... July 26, 2016

Deadline to File Reply in Support of Motion to Certify Class........................... August 9, 2016

---

[1] *See* Docket No. 33.

1

Case No. 15-cv-04918-PSG
CASE SCHEDULING ORDER

| | |
|---|---|
| Hearing on Motion to Certify Class | August 23, 2016 at 10:00 AM |
| Fact Discovery Cut-Off | April 20, 2017 |
| Initial Expert Disclosures | May 11, 2017 |
| Rebuttal Expert Disclosures | June 1, 2017 |
| Expert Discovery Cut-Off | June 15, 2017 |
| Dispositive Motions Filing Deadline | June 22, 2017 |
| Dispositive Motions Hearing | August 1, 2017 at 10:00 AM |
| Pre-Trial Conference | September 12, 2017 at 10:00 AM |
| Jury Trial | September 25, 2017 at 9:30 AM |

**SO ORDERED.**

Dated: January 26, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 15-cv-04918-PSG
CASE SCHEDULING ORDER