UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SOARES, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>FLOWERS FOODS, INC., et al.,<br><br>       Defendants. | Case No. 15-cv-04918-JSC<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 45 |

The parties submitted a case management statement on July 6, 2016 (Dkt. No. 45) and appeared before the Court for a case management conference on July 13, 2016. At the hearing, the Court and the parties agreed to the following briefing and hearing schedule for Plaintiffs' motion for class certification:

| | |
|---|---|
| Plaintiffs file opening brief: | March 6, 2017 |
| Defendants file opposition brief: | April 3, 2017 |
| Plaintiffs file reply brief: | April 17, 2017 |
| Hearing on motion for class certification: | April 27, 2017 at 9:00 a.m. |

The Court will hold a further case management conference on February 16, 2017 at 1:30 p.m. to discuss ADR and any other issues that have arisen.

**IT IS SO ORDERED.**

Dated: July 15, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge