CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletreedeakins.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213.239.9800
Facsimile:    213.239.9045

*[Additional Counsel on Following Page]*

Attorneys for Defendants
FLOWERS FOODS, INC., FLOWERS BAKING CO. OF CALIFORNIA, LLC (erroneously sued herein as FLOWERS BAKING CO. OF CALIFORNIA), FLOWERS BAKING CO. OF MODESTO, LLC, (erroneously sued herein as FLOWERS BAKING CO. OF MODESTO) and FLOWERS BAKERIES BRANDS, LLC (erroneously sued herein as FLOWERS BAKERIES BRANDS, INC.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SOARES and BRIAN BOTELHO, | Case No. 3:15-cv-04918-JSC |
| Plaintiffs, | **STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | Complaint Filed: October 26, 2015<br>Trial Date: January 7, 2019<br>Magistrate Judge: Hon. Jacqueline Scott Corley |
| FLOWERS FOODS, INC., FLOWERS BAKING CO. OF CALIFORNIA, FLOWERS BAKING CO. OF MODESTO, FLOWERS BAKERIES BRANDS, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  BRIAN D. BERRY, CA Bar No. 229893
   brian.berry@ogletree.com
2  JARED L. PALMER, CA Bar No. 287974
   jared.palmer@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:     415.442.4810
   Facsimile:     415.442.4870
6
   KEVIN P. HISHTA, *Pro Hac Vice*
7  kevin.hishta@ogletree.com
   A. CRAIG CLELAND, *Pro Hac Vice*
8  craig.cleland@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
9  One Ninety One Peachtree Tower
   191 Peachtree St. NE, Suite 4800
10 Atlanta, GA  30303
   Telephone:     404.881.1300
11 Facsimile:     404.870.1732

12 Attorneys for Defendants
   FLOWERS FOODS, INC., FLOWERS BAKING CO. OF
13 CALIFORNIA, LLC (erroneously sued herein as FLOWERS
   BAKING CO. OF CALIFORNIA), FLOWERS BAKING CO. OF
14 MODESTO, LLC, (erroneously sued herein as FLOWERS
   BAKING CO. OF MODESTO) and FLOWERS BAKERIES
15 BRANDS, LLC (erroneously sued herein as FLOWERS
   BAKERIES BRANDS, INC.)
16

17 PETER RUKIN, CA Bar No. 178336
   prukin@rhdtlaw.com
18 VALERIE BRENDER, CA Bar No. 298224
   vbrender@rhdtlaw.com
19 RUKIN HYLAND & RIGGIN LLP
   1939 Harrison Street, Suite 290
20 Oakland, CA 94612
   Telephone: (415) 421-1800
21 Facsimile: (415) 421-1700

22 AARON KAUFMANN, CA Bar No. 148580
   akaufmann@leonardcarder.com
23 BETH ROSS, CA Bar No. 141337
   bross@leonardcarder.com
24 ELIZABETH GROPMAN, CA Bar No. 294156
   egropman@leonardcarder.com
25 LEONARD CARDER, LLP
   1330 Broadway, Suite 1450
26 Oakland, CA 94612
   Telephone: (510) 272-0169
27 Facsimile: (510) 272-0174

28 Attorneys for Plaintiffs
   MARK SOARES and BRIAN BOTELHO

Case No. 3:15-cv-04918-JSC
STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between plaintiffs MARK SOARES and BRIAN BOTELHO (together, "Plaintiffs"), and Defendants FLOWERS FOODS, INC., FLOWERS BAKING CO. OF CALIFORNIA, LLC (erroneously sued herein as FLOWERS BAKING CO. OF CALIFORNIA), FLOWERS BAKING CO. OF MODESTO, LLC, (erroneously sued herein as FLOWERS BAKING CO. OF MODESTO) and FLOWERS BAKERIES BRANDS, LLC (erroneously sued herein as FLOWERS BAKERIES BRANDS, INC.) ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice and that this stipulation shall become effective upon filing without the need of a Court order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (A "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.").

The Parties further stipulate each party shall bear its own attorneys' fees and costs.

IT IS HEREBY SO AGREED.

DATED:  August 13, 2018        RUKIN HYLAND & RIGGIN LLP

By:  /s/ *Peter Rukin*
    Peter Rukin
    Valerie Brender

Attorneys for Plaintiffs
MARK SOARES AND BRIAN BOTELHO

DATED:  August 13, 2018        LEONARD CARDER LLP

By:  /s/ *Aaron Kaufmann*
    Aaron Kaufmann
    Beth Ross
    Elizabeth Gropman

Attorneys for Plaintiffs
MARK SOARES AND BRIAN BOTELHO

DATED: August 13, 2018               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Jared L. Palmer*
    Kevin P. Hishta
    A. Craig Cleland
    Christopher W. Decker
    Brian D. Berry
    Alexander M. Chemers

Attorneys for Defendants
FLOWERS FOODS, INC., FLOWERS BAKING CO. OF CALIFORNIA, LLC (erroneously sued herein as FLOWERS BAKING CO. OF CALIFORNIA), FLOWERS BAKING CO. OF MODESTO, LLC, (erroneously sued herein as FLOWERS BAKING CO. OF MODESTO) and FLOWERS BAKERIES BRANDS, LLC (erroneously sued herein as FLOWERS BAKERIES BRANDS, INC.)

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: August 13, 2018               RUKIN HYLAND & RIGGIN LLP

By: /s/ *Peter Rukin*
    Peter Rukin
    Valerie Brender

Attorneys for Plaintiffs
MARK SOARES AND BRIAN BOTELHO

34964481.1